RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RACHEL KORENBLAT
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rachel_Korenblat@fd.org

Attorney for MAIKEL GONZALEZ-RODRIGUEZ

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

MAIKEL GONZALEZ-RODRIGUEZ,

        Defendant.

Case No.  2:14-CR-352-RFB

**STIPULATION TO CONTINUE
SENTENCING HEARING**
(Second Request)

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Lisa Cartier-Giroux, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Rachel Korenblat, Assistant Federal Public Defender, counsel for Maikel Gonzalez-Rodriguez , that the Sentencing Hearing currently scheduled on February 23, 2016, be vacated and continued to a date and time convenient to the Court, but no earlier than thirty (30) days.

This Stipulation is entered into for the following reasons:

1.    Defense counsel needs additional to prepare a sentencing memorandum.

2.    The defendant is in custody and agrees with the need for the continuance.

3.    The parties agree to the continuance.

This is the second request for a continuance of the sentencing hearing.

DATED this 11th day of February, 2016

RENE L. VALLADARES
Federal Public Defender

DANIEL G. BOGDEN
United States Attorney


*/s/ Rachel Korenblat*
By_____

*/s/ Lisa Cartier-Giroux*
By_____

RAHCEL KORENBLAT
Assistant Federal Public Defender

LISA CARTIER-GIROUX
Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

MAIKEL GONZALEZ-RODRIGUEZ,

        Defendant.

Case No. 2:14-cr-352-RFB

**ORDER**

    IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for February 23, 2016 at 2:00 p.m., be vacated and continued to __3/29/2016__ at the hour of __10:30__ _a_.m.; or to a time and date convenient to the court.

    DATED this **12th** day of February, 2016.

_____

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

3